UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHAYARTO PERKINS,

    Plaintiff,

v.                                     Case No. 2:05-cv-288
                                       HON. GORDON J. QUIST

THOMAS PRISK, et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge (Docket #32) is approved and adopted as the opinion of the Court.

2.    Plaintiff's motion for a temporary restraining order and preliminary injunction (Docket #2) is DENIED.

Dated: October 11, 2006                            /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                           UNITED STATES DISTRICT JUDGE